UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM A. ZIETZKE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent

No. MC19-0078RSL

ORDER ESTABLISHING RESPONSE DEADLINE

On June 27, 2019, petitioner filed a motion to quash a subpoena served on Bitstamp USA, Inc. Dkt. # 1. The motion was served by certified mail on that same date. See Dkt. # 1-5. The Clerk of Court is directed to note the motion to quash on the Court's calendar for Friday, July 26, 2019. Respondent may file a response to the motion on or before Monday, July 22, 2019. Petitioner may file a reply on or before the note date.

If an opposition is filed, this matter will be given a civil action number and assigned to a United States District Judge for handling.

The failure to file a timely opposition will result in the grant of the petition without any further proceedings.

Dated this 2nd day of July, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ESTABLISHING RESPONSE DEADLINE - 1