<pre>
                                                          The Honorable Robert S. Lasnik
</pre>

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WILLIAM A. ZIETZKE, | ) | Case No. MC19-0078RSL |
| | ) | |
| Petitioner, | ) | STIPULATED MOTION AND ORDER |
| | ) | FOR MODIFICATION OF ORDER |
| v. | ) | ESTABLISHING RESPONSE |
| | ) | DEADLINE AND SETTING A |
| UNITED STATES OF AMERICA, | ) | BRIEFING SCHEDULE |
| | ) | |
| Respondent. | ) | |

The United States of America, by and through undersigned counsel, and William A. Zietzke, pursuant to LCR 7(d)(1) and 10(g), hereby file this stipulated motion seeking a modification to the Court's Order Establishing Response Deadline (Dkt. No. 2), dated July 2, 2019, and to set a briefing schedule. In support of their motion, the parties provide as follows:

1. On June 27, 2019, petitioner filed a petition to quash an Internal Revenue Service summons.

2. On July 2, 2019, the Court issued its Order Establishing Response Deadline, directing the Clerk of the Court to note the petition on the motion calendar for July 26, 2019. Further, the Court ordered that any response to the petition was to be filed by July 22, 2019.

Stipulated Motion and Order                                  **U.S. Department of Justice**
Case No. MC19-0078RSL                                        P.O. Box 683
                                                             Washington, D.C. 20044-0683

1

3. Although petitioner served his petition by certified mail on June 27, 2019, undersigned counsel did not receive it until July 11, 2019.

4. The United States intends on filing a motion for summary denial and enforcement of the underlying IRS summons. Additional time is needed to adequately prepare the government's response to the petition.

5. Accordingly, the parties stipulate and agree to the following briefing schedule:

   a. August 2, 2019: Deadline for the United States to file its response to the petition to quash.

   b. August 30, 2019: Date the United States will note on the motion calendar for any motion filed in response to the petition to quash.

   c. August 26, 2016: Deadline for petitioner to file any response to the United States' response.

   d. August 30, 2019: Deadline for the United States to file any reply in support of its response.

6. Nothing in this Stipulation is intended to modify the remainder of the Court's Order. If an opposition to the petition is filed, this matter will be given a civil action number and assigned to a United States District Court Judge for handling. Further, the failure to file a timely opposition will result in the grant of the petition without any further proceedings.

\* \* \*

Dated this 19th day of July, 2019.

          RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Email: Amy.T.Matchison@usdoj.gov
       Western.TaxCivil@usdoj.gov
Telephone: (202) 307-6422

BRIAN T. MORAN
United States Attorney
Western District of Washington
*Attorneys for the United States of America*

Dated this 19th of July, 2019

*s/ William A. Zietzke*
WILLIAM A. ZIETZKE
xxxxx 161st Place SE
Covington, WA 98042
*Petitioner*

# ORDER

Pursuant to the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the following Briefing Schedule Order is entered:

1. August 2, 2019: Deadline for the United States to file its response to the petition to quash.

2. August 30, 2019: Date the United States will note on the motion calendar for any motion filed in response to the petition to quash.

3. August 26, 2016: Deadline for petitioner to file any response to the United States' response.

4. August 30, 2019: Deadline for the United States to file any reply in support of its response.

IT IS SO ORDERED.

Dated this 22nd day of July, 2019.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE