AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Western__ District of __Washington__

William A. Zietzke

　　　　Plaintiff(s),

v.

United States of America

　　　　Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-mc-00078-RSL

Notice is hereby given that, subject to approval by the court, __William A. Zietzke__ substitutes
(Party (s) Name)

__John M. McWilliams__, State Bar No. __44254__ as counsel of record in
(Name of New Attorney)

place of __William A. Zietzke__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　　Wilson Tax Law Group
　　Address:　　　　　18281 Lemon Drive Yorba Linda, CA 92886
　　Telephone:　　　　(949) 397-2292　　　　Facsimile　(949) 535-2234
　　E-Mail (Optional):　jmcwilliams@wilsontaxlaw.com

I consent to the above substitution.
Date: 7/19/19
　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: 7/19/19
　　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/19/19
　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 22, 2019
　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]